UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN PAUL MCCLANE,

                              Plaintiff,

        v.

DEPARTMENT OF CORRECTIONS,
DONALD HOLBROOK,

                              Defendants.

No. C17-5092 RJB-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation (Dkt. 8).

(2)     Plaintiff's complaint is **dismissed with prejudice** on the grounds that it fails to state a claim upon which relief may be granted, and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 8th day of May, 2017.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1